So Ordered.

Signed this 28 day of July, 2016.

_____

Margaret Cangilos-Ruiz

United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In Re:

    LISA D. CHELENZA,

                            Debtor.

Case No.: 14-31221

Chapter 13

**ORDER APPROVING SALE OF REAL PROPERTY**

Upon the motion of the above-captioned Debtor, by and through counsel, Robert Ribarovski, having moved for an Order of the Court pursuant to 11 USC 1306, 11 USC 1329 and Local Bankruptcy Rules 6004-1 and 6004-3 to approve the sale of the Debtor's residential real property; and

The motion having been heard by the Court on July 26, 2016 at 10:00 AM in Syracuse, New York and the limited objection filed by Wells Fargo Bank, NA (Wells Fargo) having been settled, and the Court having duly considered the matter, it is

**ORDERED AND ADJUDGED,** that the Debtor's motion is granted and that the sale of the Debtor's residence located at 1216 Richard Road, Skaneateles, New York 13152 is approved, and it is further

**ORDERED AND ADJUDGED,** that the Debtor shall obtain a mortgage payoff statement with a payoff figure valid through a date after the scheduled closing with a per diem and proceeds of the sale shall be utilized to pay the full amount of the Wells Fargo secured claim, and it is further

**ORDERED AND ADJUDGED,** that the Debtor shall be allowed to keep any surplus proceeds of the sale after the Wells Fargo claim and other fees and costs associated with the closing are paid, up to the amount of her claimed "homestead exemption" of $22,975.00.

**ORDERED AND ADJUDGED,** that the requested attorney fee in the amount of $350.00 to Debtor's counsel, Robert Ribarovski, which will be paid as an administrative priority claim through the Chapter 13 plan, is granted.

###